IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DWIGHT BARTUNEK | ) | |
| | ) | |
| Petitioner, | ) | 4:06CV3163 |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Plaintiff's motions to extend time to file brief. (Filing Nos. 23 and 24.) For good cause shown, the motions are granted.

IT IS ORDERED THAT:

1. Plaintiff's motions to extend time for filing brief (filing nos. 23 and 24) are granted.

2. Plaintiff shall have 60 days from the date of this order to file his brief. In the event that Plaintiff needs additional time to file his brief, he shall file a motion setting forth the reasons he cannot comply with this deadline.

3. The Clerk of the court is directed to set a pro se case management deadline with the following text: October 30, 2007: deadline for Plaintiff to file brief.

August 31, 2007.                    BY THE COURT:

                                     s/ Joseph F. Bataillon
                                     Chief United States District Judge