IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DWIGHT BARTUNEK, | ) | 4:06CV3163 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on a Motion for Leave to Submit Statement in Amicus Curiae, filed by non-party Danny Ball. ([Filing No. 40](#).) This matter is closed and the appeal has been dismissed. ([Filing No. 43](#).) The Motion is therefore moot.

    IT IS THEREFORE ORDERED that the Motion for Leave to Submit Statement in Amicus Curiae, filed by non-party Danny Ball, ([filing no. 40](#)) is denied as moot.

July 2, 2008.                        BY THE COURT:

                                               s/ Joseph F. Bataillon
                                               Chief United States District Judge